UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Powers Distrubuting Company,
Inc.,

                Plaintiff(s),

v.                                       Case No. 4:16−cv−12740−TGB−EAS
                                              Hon. Terrence G. Berg

Grenzebach Corporation, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #12

- MOTION HEARING: February 1, 2017 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/T McGovern
                                                       Acting in the absence of Amanda Chubb

Dated: December 12, 2016